# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| CHESTER MCKENNA | § | |
| --- | --- | --- |
| | § | Civil Action No. 4:18-CV-564 |
| v. | § | (Judge Mazzant/Judge Nowak) |
| | § | |
| COMMISSIONER, SSA | § | |

## MEMORANDUM OPINION AND ORDER

The Court, having reviewed Plaintiff Chester McKenna's Motion for Attorney's Fees under the Equal Access to Justice Act (Dkt. #21) and the Commissioner's Response (Dkt. #23) wherein the Commissioner does not object to the requested fee and costs, finds that Plaintiff's Motion is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Motion (Dkt. #21) is **GRANTED**, and the Commissioner is directed to pay five thousand eight hundred eighty-six dollars and five cents ($5,886.05) in attorney's fees, plus court costs of four hundred dollars ($400.00), for a total award of six thousand two hundred eighty-six dollars and five cents ($6,286.05). Payment shall be made payable to Plaintiff and mailed to Plaintiff's counsel of record.

**IT IS SO ORDERED**.

SIGNED this 20th day of December, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE